# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 14-MJ-647** |
| | : | |
| **ARTURO GOMEZ TORO,** | : | VIOLATION:  21 U.S.C. § 846 |
| | : | (Conspiracy to Distribute and Possess |
| Defendant. | : | with Intent to Distribute Cocaine) |
| | : | |
| | : | FORFEITURE: 21 U.S.C. § 853(a), (p) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From at least on or about December 1, 2013, through on or about November 5, 2014, within the District of Columbia and elsewhere, **ARTURO GOMEZ TORO** did knowingly and willfully combine, conspire, confederate and agree with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property subject to forfeiture includes a money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889


By:   \_\_\_\_\_/s/_____
JOHN K. HAN
Assistant United States Attorney
JEFFREY PEARLMAN
Assistant United States Attorney
D.C. Bar No. 466901
Violent Crime and Narcotics Trafficking Section
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7680 (Han); (202) 252-7228 (Pearlman)
John.Han@usdoj.gov
Jeffrey.Pearlman@usdoj.gov